◈AO 440 (Rev. 10/93) Summons in a Civil Action

(By) DEPUTY CLERK
◈AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>January 18, 2007 |
| NAME OF SERVER (PRINT)<br>Deborah L. Gaunt | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X Other (specify): Served the Texas Secretary of State on January 18, 2007 in accordance with Section 2.252 of the Texas Business Organizations Code. Secretary of State forwarded documents to Defendant on January 25, 2007. Secretary of State has not received a response as of March 26, 2007.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/4/07___     _____
         Date                          Signature of Server

1225 N. Loop W., Suite 640, Houston, Tx 77008
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# The State of Texas

## Secretary of State

2007-131034-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons with Plaintiff's Amended Complaint in the cause styled:

Keith W. Little vs D & D Helping Others inc
United States District Court for the Southern District of Texas
Cause No: H063295

was received by this office on January 18, 2007, and that a copy was forwarded on January 25, 2007, by CERTIFIED MAIL, return receipt requested to:

D&D Helping Others Inc
registered agent, Oliver Weston Duron
518 2nd Street
Huntsville, TX 77340

As of this date, no response has been received in this office.

Date issued: March 26, 2007

Roger Williams
Secretary of State

ST/lsv