IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Keith W. Little, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-3295 |
| | § | |
| D & D Helping Others, Inc. | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM AND ORDER**

Plaintiff Keith W. Little has filed a motion for default judgment against defendant D & D Helping Others, Inc. It appears that the defendant has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default against it proper. Keith W. Little has filed an affidavit and exhibits in support of his claims for actual damages and reasonable attorney's fees. Keith W. Little has also sent the defendant notice of the motion for entry of default and default judgment. Further notice to the defendant and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

The motion for default is granted. Keith W. Little has established his entitlement to default judgment against D & D Helping Others, Inc., in the amount of

$ 17,555.20; attorney's fees in the amount of $5,000.00, and postjudgment interest at the rate of 4.93 % *per annum.*

    Final judgment is separately entered.

        SIGNED on April 27, 2007, at Houston, Texas.

                                                              Lee H. Rosenthal
                                            United States District Judge